ROYAL BREAD CO., Respondent, v. NEW YORK & Q. C. RY. CO. Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by the Royal Bread Company against the New York & Queens County Railway Company.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

GOODRICH, P. J., and WOODWARD, J., dissent.

---

RYAN, Respondent, v. REIMER, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Maurice Ryan against Charles Reimer. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

SAFFIER, Appellant, v. DIKE, Sheriff, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by Sam Saffier against Norman S. Dike, as sheriff, etc. No opinion. Motion denied.

---

SAFFIER, Appellant, v. HAFT, Respondent. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by Sam Saffier against Alexander Haft. No opinion. Upon this motion an order will be made directing the Municipal Court judge to add to the return a copy of the excluded paper, or the substance thereof, according to the best of his recollection.

---

SALZIEDER et al., Respondents, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1903.) Action by Frederick W. Salzieder and another against the Manhattan Railway Company. A. O. Townsend, for appellant. C. H. Strong, for respondents. No opinion. Judgment affirmed, with costs.

---

SANDIFORD v. TOWN OF HEMPSTEAD et al. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Richard Sandiford against the town of Hemp-

stead and others. No opinion. Motion to dismiss appeal granted, unless within five days the appellants pay the respondent $10 costs, and stipulate to have the appeal papers prepared and served and the case ready for argument at the next term of this court; if these conditions are complied with, the motion to dismiss the appeal is denied, without costs.

---

SCHAIBLE, Respondent, v. TETZLOFF, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by Phoebe Schaible against Amelia Tetzloff. No opinion. Judgment unanimously affirmed, with costs.

---

SCHECHTER, Appellant, v. MEINKEN et al., Respondents. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Reka Schechter against Kate Meinken and others. W. McCloskey, for appellant. H. H. Glass, for respondents. No opinion. Judgment affirmed, with costs.

---

SCHMIDT, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Frederick P. Schmidt against the Interurban Street Railway Company. No opinion. Motion for reargument denied.

---

SCHMOHL, Appellant, v. CHASIS, Respondent. (Supreme Court, Appellate Division, First Department. May 22, 1903.) Action by William H. Schmohl against Joel M. Chasis. F. Barker, for appellant. J. D. Connolly, for respondent. No opinion. Judgment affirmed, with costs.

---

SCHWIMMER, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Joseph Schwimmer against the Manhattan Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

SCHWOERER, Appellant, v. LEO, Respondent. (Supreme Court, Appellate Division, First Department. May 22, 1903.) Action by Anthony Schwoerer against John P. Leo. A. J. Phillips, for appellant. R. Dulon, for respondent. No opinion. Judgment affirmed, with costs, on the opinion of the court below. 80 N. Y. Supp. 399.